**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARLENE LENORE LOBATO, ) ED CV 13-1839-E
 )
 Plaintiff, )
 )
 v. ) **JUDGMENT**
 )
CAROLYN W. COLVIN, ACTING )
COMMISSIONER OF SOCIAL SECURITY, )
 )
 Defendant. )
 )
_____)

 IT IS HEREBY ADJUDGED that the decision of the Commissioner

of the Social Security Administration is reversed in part and the

matter is remanded for further administrative action consistent with

the Memorandum Opinion and Order of Remand filed concurrently

herewith.


 DATED: July 18, 2014.


 _____/S/_____
 CHARLES F. EICK
 UNITED STATES MAGISTRATE JUDGE