1    Manuel D. Serpa, Calif. Bar No. 174182
2    LAW OFFICES OF HARRY J. BINDER
     AND CHARLES E. BINDER, P.C.
3    770 The City Drive South Suite 2000
     Orange, CA 92868
4    Phone (714) 564-8644
5    Fax   (714) 940-0311
     Email: manuel.serpa@binderlawfirm.com
6

```
                          FILED
                CLERK, U.S. DISTRICT COURT

                    OCT 10 2014

                CENTRAL DISTRICT OF CALIFORNIA
                BY                      DEPUTY
```

7    Attorneys for Plaintiff Darlene Lenore Lobato

8

9

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13   DARLENE LENORE LOBATO, | )   No. ED CV 13-1839-E |
| 14       Plaintiff, | ) |
| 15 | )   ~~PROPOS~~ED ORDER AWARDING |
|       v. | )   ATTORNEY FEES UNDER THE |
| 16 | )   EQUAL ACCESS TO JUSTICE |
| 17   CAROLYN W. COLVIN, | )   ACT, PURSUANT TO 28 U.S.C. |
|       Acting Commissioner of Social | )   § 2412(d), AND COSTS, PURSUANT |
| 18   Security, | )   TO 28 U.S.C. § 1920 |
| 19 | ) |
|       Defendant. | ) |
| 20 | ) |

21

22       Based upon the parties' Stipulation for the Award and Payment of Equal

23 Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

24 be awarded attorney fees under the EAJA in the amount of THREE THOUSAND

25 FIVE HUNDRED dollars and 00/CENTS ($3,500.00), and costs under 28 U.S.C. §

26 1920, in the amount of FOUR HUNDRED AND 00/CENTS ($400.00), subject to

27 the terms of the above-referenced Stipulation. Any payment shall be delivered to

28 Plaintiff's counsel.

1

2      Dated: _10/10/14_

3                                      CHARLES F. EICK
                                United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28